**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY DEMAND** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Adriana Rodriguez Hernandez (Plaintiff)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e. administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Colorado

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Nevada

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Nevada

LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 761-6614

7. District Court and Division in which venue would be proper absent direct filing:

 United States District Court, District of Colorado (Englewood) division 

8. Defendants (check Defendants against whom Complaint is made):
   - ☒ C.R. Bard Inc.
   - ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☒ Diversity of Citizenship
   - ☐ Other: _____
   - ☐ Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is (are) making a claim (check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☐ G2® Vena Cava Filter
    - ☐ G2® Express (G2® X) Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter
    - ☒ Denali® Vena Cava Filter
    - ☐ Other: _____

11. Date of implantation as to each product:

     May 17, 2014 
    _____

12. Counts in the Master Complaint brought by Plaintiff(s):
    - ☒ Count I:   Strict Products Liability – Manufacturing Defect

| | | | |
|---|---|---|---|
| ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☒ | Count III: | Strict Products Liability – Design Defect |
| ☒ | Count IV: | Negligence - Design |
| ☒ | Count V: | Negligence - Manufacture |
| ☐ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☒ | Count VII: | Negligence – Failure to Warn |
| ☒ | Count VIII: | Negligent Misrepresentation |
| ☒ | Count IX: | Negligence *Per Se* |
| ☒ | Count X: | Breach of Express Warranty |
| ☒ | Count XI: | Breach of Implied Warranty |
| ☒ | Count XII: | Fraudulent Misrepresentation |
| ☒ | Count XIII: | Fraudulent Concealment |
| ☐ | Count XIV: | Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☒ | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 1st day of April 2018.

**LAW OFFICES OF BEN C. MARTIN**

By: */s/ Ben C. Martin*

Ben C. Martin (TX I.D. No. 13052400)

benmartin@bencmartin.com

Thomas Wm. Arbon (TX I.D. No. 01284275)

tarbon@bencmartin.com

3710 Rawlins Street, Suite 1230

Dallas, TX 75219

Telephone: 214.761.6614

Facsimile: 214.744.7590

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*Ben C. Martin*
Ben C. Martin